IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-699-FDW-DCK

| | |
|---|---|
| ROSA BROWN,           ) | |
| )  | |
| Plaintiff,       ) | |
| )  | |
| v.                              ) | **ORDER** |
| )  | |
| SANOFI-AVENTIS U.S. LLC,  ) | |
| )  | |
| Defendant.      ) | |
| )  | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) filed by Eric Goodheart, concerning Micah Hobbs, on November 2, 2023. Micah Hobbs seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) is **GRANTED**. Micah Hobbs is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: November 2, 2023

David C. Keesler
United States Magistrate Judge