**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:23-CV-00699-FDW-DCK**

| | |
|---|---|
| **ROSA BROWN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )     <u>**ORDER**</u> |
| | ) |
| **SANOFI-AVENTIS U.S. LLC,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

  **THIS MATTER** is before the Court on the parties' Request for Stay of this matter (Doc. No. 16), wherein they request that this matter be stayed in light of a proposed resolution that would resolve this matter along with others, but that requires additional efforts to finalize a Master Settlement Agreement.  For good cause shown, the Court **GRANTS** the parties' request for a stay.

  **IT IS THEREFORE ORDERED** that this matter is stayed through and including May 24, 2024, and all pending deadlines falling before said date are hereby **VACATED**.

  **IT IS FURTHER ORDERED** that the parties shall file with the Court a report of progress of such proceedings, including any proceedings before a Special Mater, within thirty (30) days of the date of this Order, and on each succeeding thirty (30) days thereafter until this matter is either closed or the stay is lifted, whichever shall first occur.

  **IT IS SO ORDERED.**   Signed: February 28, 2024

Frank D. Whitney
United States District Judge

1