**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:23-CV-00699-FDW-DCK**

| | |
|---|---|
| **ROSA BROWN,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **SANOFI-AVENTIS U.S. LLC, ET AL.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**ORDER**

       **THIS MATTER** is before the Court sua sponte following the review of the parties' recent Status Update. On February 28, 2024, the Court granted the parties' request for a stay and stayed this matter through and including May 24, 2024. (Doc. No. 17). Although the parties have been filing status reports as directed by the Court, the parties have not moved to extend the stay beyond the initial May 24, 2024, deadline, although the status reports seem to suggest a continued stay is appropriate. (Doc. Nos. 17, 18, 19.) Additionally, it is unclear from these filings when the parties anticipate the instant case being resolved. The Court concludes the statement "it would be unlikely for the cases to see litigation activity in the district courts before 2025" to be too non-specific to allow this Court to meaningfully manage its docket. (Doc. No. 20, p. 2.)

       **IT IS THEREFORE ORDERED** that the parties shall renew their motion to stay these proceedings and provide specific dates the parties anticipate the filing of a stipulation of dismissal or other motion for appropriate relief.

       **IT IS SO ORDERED.**     Signed: June 25, 2024

Frank D. Whitney
United States District Judge

1